UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THOMAS HENDERSON,

        Plaintiff,

– against –

UNIVERSAL SECURITY INSTRUMENTS, INC.,
HARVEY B. GROSSBLATT, CARY LUSKIN,
RONALD A. SEFF, *and* IRA F. BORMEL,

        Defendants.

**ORDER**

22 Civ. 4354 (ER)

Ramos, D.J.:

    On May 26, 2022, Thomas Henderson brought this action against Universal Security Instruments, Inc., Harvey B. Grossblatt, Cary Luskin, Ronald A. Seff, and Ira F. Bormel. Doc. 1.

    To date, Henderson has filed no proof of service on any of the defendants. Accordingly, this action will be dismissed without prejudice unless Henderson, no later than October 14, 2022, either (1) files proof of service, or (2) shows cause in writing why a further extension of the time limit for service is warranted. *See* Fed. R. Civ. P. 4(m). Failure to do so may result in a dismissal for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

    It is SO ORDERED.

Dated:   October 7, 2022
           New York, New York

                                                          EDGARDO RAMOS, U.S.D.J.